IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ELISHA THOMAS, JR.,

      Appellant,

 v.

Case No.  5D23-497
LT Case No. 2007-CF-15405-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed April 4, 2023

3.800 Appeal from the Circuit Court
for Duval County,
Tatiana Salvador, Judge.

Elisha Thomas, Jr., Milton, pro se.

No Appearance for Appellee.


PER CURIAM.

    AFFIRMED.


LAMBERT, C.J., KILBANE and MACIVER, JJ., concur.